# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160012(57)

HASSAN M. AHMAD,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellant.
_____/

SC: 160012
COA: 341299
Ct of Claims: 17-000170-MZ

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2019



Clerk